An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL ELIAZAR ORTEGA,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 69050

**FILED**

NOV 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY  S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the order denying a motion to extend prison copy work limit, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

15-35429

cc:    Hon. Lynne K. Simons, District Judge
Joel Eliazar Ortega
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A